# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0817
LT Case No. 2015-CF-2137

_____

LEANDRE WRIGHT,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Patrick B. Calcutt, of Calcutt & Calcutt P.A., Americus, GA, for
Petitioner.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Respondent.


June 6, 2025


PER CURIAM.

    The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the February 21, 2023 order denying
defendant's motion for postconviction relief rendered in Case No.
2015-CF-2137, in the Circuit Court in and for Hernando County,
Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____